### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS CAVAZOS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-22-152-PRW |
| FNU MACHALT, | ) ) ) |
| Respondent. | ) |

## ORDER

Before the Court is Petitioner Cavazos's Motion for Leave to Proceed in Forma Pauperis (Dkt. 7). The motion was referred for initial review by a U.S. Magistrate Judge, and Magistrate Judge Shon T. Erwin filed a Report & Recommendation (Dkt. 16) recommending that the motion be denied as the Petitioner has sufficient funds to prepay the $5.00 filing fee for the action to proceed. Shortly after, but before this Court's review, Petitioner Cavazos paid the $5.00 filing fee (Dkt. 17).

Upon de novo review, the Court:

(1) ADOPTS IN PART the Report and Recommendation (Dkt. 16), as to all except the dispositional recommendation, issued by the Magistrate Judge on March 7, 2022;

(2) DENIES AS MOOT the Petitioner's Motion for Leave to Proceed in in Forma pauperis (Dkt. 7); and

(3) RECOMMITS this action to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 5th day of March, 2022.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE